## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DEONDRAY RAYMOND MASON,         )
                                )
                Plaintiff,      )
                                )
vs.                             )         NO. CIV-22-0832-HE
                                )
THE TEXAS DEPARTMENT OF         )
CRIMINAL JUSTICE, *et al.*,     )
                                )
                Defendants.     )

## ORDER

Plaintiff Deondray Raymond Mason, a state prisoner appearing *pro se*, filed this § 1983 action alleging violations of his constitutional rights.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings.  Upon initial review, Judge Green issued a Report and Recommendation recommending that this case be transferred to the Northern District of Texas, where plaintiff is incarcerated.  Plaintiff has objected to the Report, triggering *de novo* review of the factual and legal matters to which objection has been made.

Plaintiff objects to the transfer of this case on the basis that he has been unsuccessful in other cases he has filed in Texas.  He does not, however, attempt to show that he resides in this district or that any of the events he relies on for his claims occurred in this district. As the Report notes, the proper venue for plaintiff's case is the judicial district where he resides or where a substantial part of the events giving rise to his claims occurred.  28 U.S.C. § 1391(b).

As plaintiff has not shown any basis for venue in this district, the court **ADOPTS** the Report and Recommendation [Doc. #5].  This case is **TRANSFERRED** to the United States District Court for the Northern District of Texas, Lubbock Division.

IT IS SO ORDERED.

Dated this 14th day of November, 2022.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE

2